## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR444** |
| vs. | ) | |
| | ) | **ORDER** |
| **OWEN HARRINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [28]. The court finds that the defendant has not shown good cause for a continuance.

**IT IS ORDERED** that the Motion to Continue Trial [28] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order."

**DATED February 28, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**