IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:07CR444** |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **OWEN HARRINGTON,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant's motion to continue the plea hearing (#48) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **June 19, 2008** at **9:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **May 29, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 29th day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge