**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR444** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **OWEN HARRINGTON,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for leave to proceed in forma pauperis (Filing No. 103).

As the Court has previously advised the Defendant, the motion is denied as premature. There is no substantive pending motion on file, and the Defendant may not be granted leave to conduct discovery on an in forma pauperis basis without a pending motion.

IT IS ORDERED:

1. The Defendant's pro se motion for leave to proceed in forma pauperis (Filing No. 103) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 23rd day of September, 2009.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge